KEMNITZER, BARRON & KRIEG, LLP
ADAM J. MCNEILE        Bar No. 280296
KRISTIN KEMNITZER      Bar No. 278946
42 Miller Ave., Third Floor
Mill Valley, CA  94941
Telephone:  (415) 632-1900
Facsimile:  (415) 632-1901
kristin@kbklegal.com
adam@kbklegal.com

Attorneys for Plaintiff ALICIA K. MICHALAK

REED SMITH LLP
RAYMOND Y. KIM         Bar No. 251210
ZACHARY C. FRAMPTON    Bar No. 303225
255 South Grand Ave., Ste. 2900
Los Angeles, CA  90071-1514
Telephone:  (213) 457-8000
Facsimile:  (213) 457-8080
rkim@reedsmith.com
zframpton@reedsmith.com

Attorneys for Defendant EXETER FINANCE LLC

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA K. MICHALAK, individually and on behalf of the general public,<br><br>  Plaintiff,<br><br>  vs.<br><br>EXETER FINANCE LLC and DOES 1 through 50, inclusive,<br><br>  Defendants.  / | **Case No. 2:20-cv-02567-MWF-GJS**<br><br>**STIPULATION AND NOTICE OF SETTLEMENT** |

This Stipulation and Notice of Settlement is made by and between Plaintiff Alicia K. Michalak ("Plaintiff") and Defendant Exeter Finance LLC ("Exeter"), through their respective counsel, in light of the following facts:

## RECITALS

On April 23, 2020, pursuant to the Parties' stipulation, the Court ordered Exeter's response due no later than May 22, 2020 (Dkt. No. 9);

The Parties have since reached a settlement in principle on an individual basis and are finalizing the written agreement;

On May 27, 2020, the Court ordered Plaintiff to show cause why this action should not be dismissed for lack of prosecution (Dkt. No. 10);

In light of the Parties' settlement, the Parties stipulate and agree that the Court vacate all pending dates, including Exeter's deadline to respond to the Complaint and the deadlines set by the Court in the May 27, 2020 Order to Show Cause (Dkt. No. 10), and allow forty-five (45) days with which to file a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a).

## STIPULATION

**NOW, THEREFORE**, the Parties stipulate and respectfully request that the Court vacate all deadlines, including Exeter's deadline to respond to Plaintiff's Complaint and Plaintiff's deadline to respond to the Order to Show Cause, allow forty-five (45) days with which to file a Notice of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a), and retain jurisdiction over this matter until the Notice of Dismissal is filed by Plaintiff.

**IT IS SO STIPULATED**

Dated: May 28, 2020                    KEMNITZER, BARRON & KRIEG, LLP

                                       By:  /s/ *Kristin Kemnitzer*

|   |   |
|---|---|
|   | ADAM J. McNEILE |
|   | KRISTIN KEMNITZER[1] |
|   | Attorneys for Plaintiff |
|   | ALICIA K. MICHALAK |
| Dated: May 28, 2020 | REED SMITH LLP |
|   |   |
| By: | /s/ *Raymond Y. Kim* |
|   | RAYMOND Y. KIM |
|   | ZACHARY C. FRAMPTON |
|   | Attorneys for Defendant |
|   | EXETER FINANCE LLC |

---

[1] I, Kristin Kemnitzer, hereby attest, pursuant to Local Rule 5-4.3.4(a)(2), that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.