JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA K. MICHALAK, individually and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>EXETER FINANCE LLC and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:20-cv-02567-MWF-GJS<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the Stipulation of the Parties, and good cause appearing, IT IS SO ORDERED that this action is DISMISSED, in its entirety, with prejudice.

Dated: June 23, 2020

MICHAEL W. FITZGERALD
United States District Judge